IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

STEVEN PERINI,

    Plaintiff,

v.

JOHN ZAGYVA, et al,

    Defendants.

Case No. 3:17-CV-00005-JR
**ORDER**

AIKEN, District Judge:

Magistrate Judge Jolie Russo issued her Findings and Recommendation ("F&R") (doc. 69) in the above-captioned action on August 7, 2018, recommending that defendants' Motion for Summary Judgment (doc. 59) be granted and this case be dismissed. The matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

///

///

///

1 – OPINION AND ORDER

No objections have been timely filed.[1]  Although this relieves me of my obligation to perform a *de novo* review, I retain the obligation to "make an informed, final decision." *Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), *overruled on other grounds*, *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The Magistrates Act does not specify a standard of review in cases where no objections are filed. *Ray v. Astrue*, 2012 WL 1598239, *1 (D. Or. May 7, 2012). Following the recommendation of the Rules Advisory Committee, I review the F&R for "clear error on the face of the record[.]" Fed. R. Civ. P. 72 advisory committee's note (1983) (citing *Campbell v. United States District Court*, 501 F.2d 196, 206 (9th Cir. 1974)); *see also United States v. Vonn*, 535 U.S. 55, 64 n.6 (2002) (stating that, "[i]n the absence of a clear legislative mandate, the Advisory Committee Notes provide a reliable source of insight into the meaning of" a federal rule). Having reviewed the F&R and record in this case, I find no clear error in Judge Russo's opinion.

Thus, I ADOPT Magistrate Judge Russo's F&R (doc. 69) in its entirety. Defendants' Motion for Summary Judgment (doc. 59) is GRANTED. Accordingly, this case is DISMISSED.

IT IS SO ORDERED.

DATED this 30th day of October 2018.

_____
ANN AIKEN
United States District Judge

---

[1] Magistrate Judge Russo previously granted plaintiff a thirty-day extension during which to file objections to the F&R. (doc.73) Notice of the F&R and the Order granting an extension of time were both returned to the Court through the U.S. Postal Service as "undeliverable." This Court has delayed in ruling on the F&R to give plaintiff an opportunity to keep the Court apprised of his whereabouts and file objections to the F&R. More than sixty days have passed since Magistrate Judge Russo ordered an extension on the deadline for objections to her F&R. Plaintiff has neither filed any objections or given the Court notice of his current address.